### SHIFFLER v. PENNSYLVANIA R. CO.
#### Civil Action No. 5624.

United States District Court
E. D. Pennsylvania.
July 22, 1948.

Elias Magil, of Richter, Lord & Farage, all of Philadelphia, Pa., for plaintiff.

J. P. Williams, for Philip Price, both of Philadelphia, Pa., for defendant.

BARD, District Judge.

The appeal in the present case was docketed in the Circuit Court of Appeals for the Third Circuit on February 10, 1948. The present motion was filed on April 5, 1948. Therefore, I am of the opinion that, under Rule 73(e) of the Federal Rules of Civil Procedure, 28 U.S.C.A., following Section 723c, this Court cannot entertain the present motion.

The defendant's motion must be dismissed without prejudice.